

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2023

No. 04-22-00811-CV

**IN THE INTEREST OF D.L.R., JR., D.L.W.R., AND D.L.L.R., CHILDREN**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-00016
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

On January 4, 2023, a second supplemental clerk's record was filed in this case. The second supplemental clerk's record contains a December 21, 2022 order that terminates the parental rights of appellants, A.D.G. and D.L.R. We hereby **ORDER** that appellants' briefs be filed on or before January 17, 2023.

It is so **ORDERED** on January 9, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT